**Robert K. Lacy, Esq.**
The Law Offices of Robert K. Lacy, PLLC
10560 Main Street, Suite 514
Fairfax, VA 22030
Office: (703) 385-1130
Facsimile: (703) 385-1030
Email: notices@rklacylaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

Angel Rene Reyes Alvarenga,

Petitioner,

v.

Jeffery Crawford, in his official capacity as Warden of Farmville Detention Facility;

Robert Guadian, *in his official capacity* as Field Office Director of the Washington Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security;

David J. Venturella, *in his official capacity* as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;

Markwayne Mullin, *in his official capacity* as Secretary, U.S. Department of Homeland Security; and

Todd Blanche, *in his official capacity* as Attorney General of the United States;

Respondents

**C/A No. 1:26-cv-02772-AJT-LRV**

MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND EMERGENCY TRO

Petitioner Angel Rene Reyes Alvarenga (**"Petitioner"**) moves the court, pursuant to Federal Rule of Civil Procedure 41(a)(2), to voluntarily dismiss the Petition for Habeas Corpus and Complaint for Declaratory and Injunctive Relief and Emergency TRO. On August 31, Federal Respondents filed a response to the Court Order and Opposition to the Petition for Writ of Habeas Corpus, underlining that Petitioner is *not* detained under 8 U.S.C. § 1225(b), but that his current detention is controlled under 8 U.S.C. 1226 and that Petitioner is free to seek bond directly before the Immigration Court. If able to directly seek bond before the immigration Court, it would resolve the underlying matter forming the basis of his filings before this Court. Accordingly, Petitioner asks the Court to dismiss these actions without prejudice and close the case.

Respectfully submitted,

**Robert K. Lacy, Esq.**
The Law Offices of Robert K. Lacy, PLLC
10560 Main Street, Suite 514
Fairfax, VA 22030
Office: (703) 385-1130
Facsimile: (703) 385-1030
Email: notices@rklacylaw.com

Date: 09/04/26

So Ordered

Anthony J. Trenga 09/08/2026
Senior U.S. District Judge